**Entered on Docket
January 11, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Litton Loan Servicing
09-77804

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-30912-bam |
| Kathryn Novak | Date: 12/15/09<br>Time: 1:30 pm |
| Debtor. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Litton Loan Servicing, its assignees and/or successors in interest, of the subject property, generally described as 7200 Pirates Cove Road#2089, Las Vegas, NV 89145.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least five business days' notice of the time, place and date of sale.**

DATED this _____ day of _____ 2009

Submitted by:

WILDE & ASSOCIATES

By: /s/ Gregory L. Wilde, Esq
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
Roger A. Giuliani
500 Rainbow
Suite 300
Las Vegas, NV 89107
Attorney for Debtor(s)


APPROVED / DISAPPROVED

By:_____
Joseph B. Atkins
5030 Paradise Road #B-213
Las Vegas, NV 89119
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_\_   The court waived the requirements of LR 9021.
\_\_\_\_\_   No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_\_   No parties appeared or filed written objections, and the trustee is the movant.
\_x\_   This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_\_   approved the form of this order        \_\_\_\_\_   disapproved the form of this order
\_\_\_\_\_   waived the right to review the order and/or   \_x\_   failed to respond to the document
\_\_\_\_\_   appeared at the hearing, waived the right to review the order
\_\_\_\_\_   matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_   approved the form of this order        \_\_\_\_\_   disapproved the form of this order
\_\_\_\_\_   waived the right to review the order and/or   \_x\_   failed to respond to the document

\_\_\_\_\_   This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_\_   approved the form of this order        \_\_\_\_\_   disapproved the form of this order
\_\_\_\_\_   waived the right to review the order and/or   \_\_\_\_\_   failed to respond to the document
\_\_\_\_\_   appeared at the hearing, waived the right to review the order
\_\_\_\_\_   matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_   approved the form of this order        \_\_\_\_\_   disapproved the form of this order
\_\_\_\_\_   waived the right to review the order and/or   \_\_\_\_\_   failed to respond to the document

\_\_\_\_\_   I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor